IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

HILDA L. SOLIS, SECRETARY OF LABOR,
UNITED STATES DEPARTMENT OF LABOR,

    Plaintiff,

v.

OPEN WEBS CORPORATION,

    Defendant.

Civil Action No. 11-00076-GLL

## DEFAULT JUDGMENT

Plaintiff has filed her Complaint herein, and defendant Open Webs Corporation ("Open Webs") has failed to answer or otherwise defend against the Complaint. Plaintiff has moved the Court to enter a Default Judgment in her favor and against defendant Open Webs for failure to answer or otherwise defend against Plaintiff's Complaint.

Accordingly, it is hereby ORDERED, ADJUDGED AND DECREED by the Court:

A. That defendant Open Webs is removed from its position as fiduciary with respect to the Open Webs 401(k) Profit Sharing Plan ("Plan") and that Metro Benefits Incorporated is appointed as an independent fiduciary to administer the Plan in order to effectuate its termination, including the distribution of Plan assets to the participants and beneficiaries. Metro Benefits Incorporated is located at 8150 Perry Highway, Suite 311, Pittsburgh, PA 15237 and its phone number is (412) 847-7600.

B. That for the services performed pursuant to this Default Judgment, the independent fiduciary shall receive $1,725 in compensation for performing its duties as an independent fiduciary.

C. This Court retains jurisdiction of this action for purposes of enforcing compliance with the terms of this Default Judgment.

D. The Court directs the entry of this Default Judgment as a final order as to defendant Open Webs.

Dated: 5/25/11

APPROVED:

_____
Hon. Gary L. Lancaster
United States District Judge